# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DEBRA L. VARDAKIS, | ) | Bankruptcy No.  10 B 10409 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on   July 25, 2013 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Glenn R Heyman, Esq., is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Debra L. Vardakis
Bankruptcy No. 10 B 10409

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*

Glenn R Heyman
gheyman@craneheyman.com

*Debtor's Attorney*

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*

Debra L. Vardakis
3651 Dauphine Ave.
Northbrook, IL 60062