UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   VARDAKIS, DEBRA L. | § § § | Case No. 10-10409 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/24/2015 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/13/2015          By:    /s/Glenn R. Heyman
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VARDAKIS, DEBRA L. § Case No. 10-10409
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 110,691.41 |
| *and approved disbursements of* | $ 64,101.17 |
| *leaving a balance on hand of* [1] | $ 46,590.24 |
| **Balance on hand:** | $ 46,590.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Maselli Warren, P.C. | 22,069.04 | 22,069.04 | 22,069.04 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 46,590.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 8,662.07 | 0.00 | 8,662.07 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 19,721.50 | 0.00 | 19,721.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 454.38 | 0.00 | 454.38 |

Total to be paid for chapter 7 administration expenses: $ 28,837.95
Remaining balance: $ 17,752.29

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 17,752.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 17,752.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,424.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-2 | PHARIA L.L.C. | 9,813.84 | 0.00 | 9,455.57 |
| 3 | PYOD LLC its successors and assigns as assignee of | 6,611.09 | 0.00 | 6,369.74 |
| 4 | Richard Turner, Jr. | 2,000.00 | 0.00 | 1,926.98 |
| 5 | Ruth Turner | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 17,752.29
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 15,685.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Steven Vardakis | 15,685.82 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00


Prepared By:  /s/GLENN R. HEYMAN
　　　　　　　　　　　　　　　　　Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                          Case No. 10-10409-JBS
Debra L. Vardakis                                               Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: mrahmoun              Page 1 of 2          Date Rcvd: Jan 14, 2015
                              Form ID: pdf006             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2015.
db             #+Debra L. Vardakis,    3651 Dauphine Ave.,    Northbrook, IL 60062-2241
aty             +Boyd & Boyd,   1410 S. Broad Street,    Trenton, NJ 08610-6236
aty             +William Boyd,   1410 S. Broad Street,    Trenton, NJ 08610-6236
15240337        +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
15811504        +Brad Elkin, DMD,    234 Princeton Hightown Road,    Highstown, NJ 08520-1402
15240338        +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15240339        +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15240340        +Dsrm Nt Bk,    Pob 631,    Amarillo, TX 79105-0631
15240341         Fifth Third Bank,    POB 829009,    Dallas, TX 75382-9009
15240342        +Margaret Vardakis,    114 Tindall Rd,    Robbinsville, IL 08691-2506
15240343        +Maselli Warren, P.C.,    600 Alexander Road,    Princeton, NJ 08540-6018
15240344         PBChop,   P.O. Box 822520,    Philadelphia, PA  19182-2520
15240345        +Richard Turner, Jr.,    Turner Law Offices,    107 W. Exchange,    Sycamore, IL 60178-1423
15240346        #+Ruth Turner,   3651 Dauphine Ave.,    Northbrook, IL 60062-2241
21020601        +Steven Vardakis,    Law Offices of Daniel J. Winter,    53 W Jackson Blvd,    Suite 718,
                  Chicago, IL 60604-3470
15240348         The Children's Hospital Of Philadelphia,    P.O. Box 822511,    Philadelphia, PA  19182-2511
15240335        +Vardakis Debra L,    3651 Dauphine Ave,    Northbrook, IL 60062-2241
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15789158       +E-mail/Text: bncmail@w-legal.com Jan 15 2015 01:07:07      PHARIA L.L.C.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15956619        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2015 01:26:02
                 PYOD LLC its successors and assigns as assignee of,    Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15240347       +E-mail/Text: bankruptcy@td.com Jan 15 2015 01:07:02      Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME 04240-7799
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Crane, Heyman, Simon, Welch & Clar
15318488*        Fifth Third Bank,   P.O. Box 829009,    Dallas, TX 75382-9009
15240336       ##+Gierum & Mantas,   9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
              Daniel J Winter    on behalf of Creditor Steven  Vardakis djw@dwinterlaw.com,
               djwlaw@gmail.com, r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
              Glenn R Heyman    on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
               slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman, ESQ    gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman, ESQ    on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

```
District/off: 0752-1          User: mrahmoun             Page 2 of 2              Date Rcvd: Jan 14, 2015
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard S Ralston    on behalf of Plaintiff    Barclays Bank richardr@w-legal.com, chapter-13@w-legal.com

          TOTAL: 6