**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  VARDAKIS, DEBRA L.                            § Case No. 10-10409-SA
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $256,525.00                  Assets Exempt: $4,250.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $39,821.33    Claims Discharged
                                               Without Payment: $48,939.78

Total Expenses of Administration: $68,420.08

---

  3) Total gross receipts of $ 110,691.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,450.00 (see **Exhibit 2**), yielded net receipts of $108,241.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $24,973.88 | $22,069.04 | $22,069.04 | $22,069.04 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 68,420.08 | 68,420.08 | 68,420.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,967.32 | 53,110.75 | 34,110.75 | 17,752.29 |
| **TOTAL DISBURSEMENTS** | $84,941.20 | $143,599.87 | $124,599.87 | $108,241.41 |

4) This case was originally filed under Chapter 7 on March 11, 2010. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2015          By: /s/GLENN R. HEYMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Litigation in New Jersey re: marital property | 1249-000 | 110,691.41 |
| **TOTAL GROSS RECEIPTS** | | **$110,691.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Debra Vardakis | Debtor's Exemption | 8100-004 | 0.00 |
| Clerk of the United States Bankruptcy Court | Unclaimed Funds - Debtor's Exemption Deposit per Court Order 11-18-2014 | 8100-002 | 2,450.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,450.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Maselli Warren, P.C. | 4210-000 | 21,174.88 | 22,069.04 | 22,069.04 | 22,069.04 |
| NOTFILED | Fifth Third Bank Fifth Third Center | 4110-000 | 3,799.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$24,973.88** | **$22,069.04** | **$22,069.04** | **$22,069.04** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 8,662.07 | 8,662.07 | 8,662.07 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 19,721.50 | 19,721.50 | 19,721.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 454.38 | 454.38 | 454.38 |
| Rabobank, N.A. | 2600-000 | N/A | 53.07 | 53.07 | 53.07 |
| Rabobank, N.A. | 2600-000 | N/A | 148.52 | 148.52 | 148.52 |
| Rabobank, N.A. | 2600-000 | N/A | 174.82 | 174.82 | 174.82 |
| Rabobank, N.A. | 2600-000 | N/A | 163.95 | 163.95 | 163.95 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 81.60 | 81.60 | 81.60 |
| Rabobank, N.A. | 2600-000 | N/A | 147.83 | 147.83 | 147.83 |
| Rabobank, N.A. | 2600-000 | N/A | 152.83 | 152.83 | 152.83 |
| Rabobank, N.A. | 2600-000 | N/A | 168.42 | 168.42 | 168.42 |
| Rabobank, N.A. | 2600-000 | N/A | 157.64 | 157.64 | 157.64 |
| William Boyd | 3210-600 | N/A | 36,896.77 | 36,896.77 | 36,896.77 |
| William Boyd | 3220-610 | N/A | 1,029.68 | 1,029.68 | 1,029.68 |
| Rabobank, N.A. | 2600-000 | N/A | 150.35 | 150.35 | 150.35 |
| Rabobank, N.A. | 2600-000 | N/A | 112.92 | 112.92 | 112.92 |
| Rabobank, N.A. | 2600-000 | N/A | 68.38 | 68.38 | 68.38 |
| Rabobank, N.A. | 2600-000 | N/A | 75.35 | 75.35 | 75.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $68,420.08 | $68,420.08 | $68,420.08 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | PHARIA L.L.C. | 7100-000 | N/A | 9,813.84 | 9,813.84 | 9,455.57 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 6,386.00 | 6,611.09 | 6,611.09 | 6,369.74 |
| 4 | Richard Turner, Jr. | 7100-000 | 2,000.00 | 2,000.00 | 2,000.00 | 1,926.98 |
| 5 | Ruth Turner | 7100-000 | 19,000.00 | 19,000.00 | 0.00 | 0.00 |
| 6 | Steven Vardakis | 7200-000 | N/A | 15,685.82 | 15,685.82 | 0.00 |
| NOTFILED | Margaret Vardakis | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PBChop | 7100-000 | 889.92 | N/A | N/A | 0.00 |
| NOTFILED | Td Bank NA | 7100-000 | 9,878.00 | N/A | N/A | 0.00 |
| NOTFILED | Brad Elkin DMD | 7100-000 | 706.28 | N/A | N/A | 0.00 |
| NOTFILED | The Children's Hospital of Philadelphia | 7100-000 | 2,260.12 | N/A | N/A | 0.00 |
| NOTFILED | Dsrm Nt Bk | 7100-000 | 308.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 16,519.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$59,967.32** | **$53,110.75** | **$34,110.75** | **$17,752.29** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-10409-SA  
**Case Name:** VARDAKIS, DEBRA L.

**Period Ending:** 03/19/15

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 03/11/10 (f)  
**§341(a) Meeting Date:** 05/04/10  
**Claims Bar Date:** 09/27/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  checking accounts, certificates of deposit<br>Orig. Asset Memo: Orig. Description: checking accounts, certificates of deposit or in banks, savings and loan, building and loan, and associations, or credit brokerage houses, or; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 2  normal household goods and related in storage au<br>Orig. Asset Memo: Orig. Description: normal household goods and related in storage audio, video, and computer; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 3  Normal wardrobes and related<br>Orig. Asset Memo: Orig. Description: Normal wardrobes and related; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 4  2009 expected tax refunds<br>Orig. Asset Memo: Orig. Description: 2009 expected tax refunds; Imported from original petition Doc# 1 | 0.00 | Unknown | | 0.00 | FA |
| 5  1/2 interest in marital residence in New Jersey<br>Orig. Asset Memo: Orig. Description: Debtor put down $45,000 in debtor's estranged husband's home counterclaims of the debtor, 1997 & 1998 for down deposit to purchase the lot and to build rights to setoff claims. Give the home 2 years before they were married. Debtor was never on the deed even though estranged husband promised to so at the time. Debtor's husband signed the quit claim deed add the debtor to the deed but signed quitclaim deed was recorded. Current value of the home is $500,000. Debtor 1/2 interest on marital residence in New Jersey.; Imported from original petition Doc# 1 | 250,000.00 | 250,000.00 | | 0.00 | FA |
| 6  2005 Hyundai Tucson<br>Orig. Asset Memo: Orig. Description: 2005 Hyundai Tucson; Imported from original petition Doc# 1 | 4,675.00 | 0.00 | | 0.00 | FA |
| 7  Litigation in New Jersey re: marital property  (u)<br>Litigation pending value still unknown.  (See Footnote) | 1.00 | 100,000.00 | | 110,691.41 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-10409-SA  
**Case Name:** VARDAKIS, DEBRA L.  

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 03/11/10 (f)  
**§341(a) Meeting Date:** 05/04/10  

**Period Ending:** 03/19/15  

**Claims Bar Date:** 09/27/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 7   Assets   Totals (Excluding unknown values) | $256,526.00 | $350,000.00 | | $110,691.41 | $0.00 |

RE PROP# 7     04/2012: Litigation still pending in NJ

---

**Major Activities Affecting Case Closing:**

02/24: Final Report approved, cut checks (dk)

01/13/2015: Final Hearing set for 02/24/2015; EC will have to cover (dk)

12/03: Filed TFR with USTO (dk)

11/18: Order entered; cut check to deposit with Clerk of the Court (dk)

10/31/2014: Cut check to Debra Vardakis, not cashed, sent ltr on 10/1, no response. Filed MT to Dep Funds with Court; Hearing on 11/18 (dk)

06/30/2014: Hearing for Steven Vardakis claim cont' to 07/28 due to Debra Vardakis response.  Trustee filed his reply to Section 3002 claim of Dan Winter, atty for Steven Vardakis.  Objection to Maselli Warren claim overruled (dk)

06/20/2014: Order to pay special Counsel entered; cut checks, hearing regarding claim objections continued to 06/30/2014 (dk)

05/19/2014: Claim objections and MT to Pay Special Counsel hearing held, continued to 6/13 (dk)

04/28/2014: Filed MT to Pay Special Counsel, hg 05/19/2014 (dk)

04/18/2014: Objections to 3 claims filed; hearing on 05/19/2014 (dk)

03/20/2014: New address for Debtor in Palatine noted (dk)

03/18/2014: Reviewed claims, will file objections (dk)

12/31/2013: Rec'd settlement monies, will file motion to pay special counsel (dk)

03/30/2013: Divorce judgment on appeal - settlement still pending in NJ.

12/30/2011: Divorce settlement still pending in NJ.

05/2011: Divorce settlement pending in NJ.

01/31/2011: Atty in NJ says case is up for hearing on 02/01.  May be a 80K settlement.  Debtor is uncooperative however. (dk)

**Initial Projected Date Of Final Report (TFR):**     December 31, 2012     **Current Projected Date Of Final Report (TFR):**     January 13, 2015  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-10409-SA  
**Case Name:** VARDAKIS, DEBRA L.  
**Taxpayer ID #:** **-***9123  
**Period Ending:** 03/19/15

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/18/13 | {7} | IOLTA/Ulrichsen Rosen & Freed LLC | Settlement from Divorce Judgment | 1249-000 | 110,691.41 | | 110,691.41 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.07 | 110,638.34 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.52 | 110,489.82 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.82 | 110,315.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.95 | 110,151.05 |
| 02/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #10-10409, Blanket bond premium bond#016026455 | 2300-000 | | 81.60 | 110,069.45 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.83 | 109,921.62 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.83 | 109,768.79 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.42 | 109,600.37 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.64 | 109,442.73 |
| 06/20/14 | 102 | William Boyd | Special Counsel Fees per Court Order June 20, 2014 | 3210-600 | | 36,896.77 | 72,545.96 |
| 06/20/14 | 103 | William Boyd | Special Counsel Expenses per Court Order June 20, 2014 | 3220-610 | | 1,029.68 | 71,516.28 |
| 06/20/14 | 104 | Debra Vardakis | Debtor's Exemption Stopped on 11/18/14 | 8100-004 | | 2,450.00 | 69,066.28 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.35 | 68,915.93 |
| 07/30/14 | 105 | Maselli Warren, P.C. | Payment of secured claim no. 1 per Court Order 07/28/2014 | 4210-000 | | 22,069.04 | 46,846.89 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.92 | 46,733.97 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.38 | 46,665.59 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.35 | 46,590.24 |
| 11/18/14 | 104 | Debra Vardakis | Debtor's Exemption Stopped: check issued on 06/20/14 | 8100-004 | | -2,450.00 | 49,040.24 |
| 11/18/14 | 106 | Clerk of the United States Bankruptcy Court | Unclaimed Funds - Debtor's Exemption Deposit per Court Order 11-18-2014 | 8100-002 | | 2,450.00 | 46,590.24 |
| 02/24/15 | 107 | GLENN R. HEYMAN | Dividend paid 100.00% on $8,662.07, Trustee Compensation;  Reference: | 2100-000 | | 8,662.07 | 37,928.17 |
| 02/24/15 | 108 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $454.38, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 454.38 | 37,473.79 |
| 02/24/15 | 109 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $19,721.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 19,721.50 | 17,752.29 |

Subtotals :   $110,691.41   $92,939.12

{} Asset reference(s)

Printed: 03/19/2015 12:57 PM   V.13.22

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-10409-SA  **Trustee:** GLENN R. HEYMAN (330360)
**Case Name:** VARDAKIS, DEBRA L.  **Bank Name:** Rabobank, N.A.
  **Account:** ******7866 - Checking Account
**Taxpayer ID #:** **-***9123  **Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 03/19/15  **Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/15 | 110 | PHARIA L.L.C. | Dividend paid 96.34% on $9,813.84; Claim# 2-2; Filed: $9,813.84; Reference: account ending 4659 | 7100-000 | | 9,455.57 | 8,296.72 |
| 02/24/15 | 111 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 96.34% on $6,611.09; Claim# 3; Filed: $6,611.09; Reference:account ending 2684 | 7100-000 | | 6,369.74 | 1,926.98 |
| 02/24/15 | 112 | Richard Turner, Jr. | Dividend paid 96.34% on $2,000.00; Claim# 4; Filed: $2,000.00; Reference: | 7100-000 | | 1,926.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **110,691.41** | **110,691.41** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **110,691.41** | **110,691.41** | |
| | | | Less: Payments to Debtors | | | 2,450.00 | |
| | | | **NET Receipts / Disbursements** | | **$110,691.41** | **$108,241.41** | |

Net Receipts : 110,691.41
Less Payments to Debtor : 2,450.00
Net Estate : $108,241.41

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7866** | 110,691.41 | 108,241.41 | 0.00 |
| | **$110,691.41** | **$108,241.41** | **$0.00** |